*Louis Jobrack* for appellants.
*Edwin R. Wolff* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

In the Matter of FRANCIS X. NULTY, Appellant, against BOARD OF ELECTIONS OF WESTCHESTER COUNTY, Respondent.

Argued October 14, 1946; decided October 17, 1946.

*Henry P. Rubin* for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*Leonard Rubenfeld, Robert H. Schaffer* and *Eleanor Uris* of counsel), for respondent.

*Frank J. Claydon* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.